**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>　　Michelle Henzie<br><br>　　　　Debtor(s) | Case No. 14-24029 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1) The case was filed on 06/28/2014.

　　2) The plan was confirmed on 08/22/2014.

　　3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/13/2017.

　　4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/19/2015, 12/21/2015, 11/10/2017.

　　5) The case was dismissed on 12/01/2017.

　　6) Number of months from filing to last payment: 37.

　　7) Number of months case was pending: 43.

　　8) Total value of assets abandoned by court order: NA .

　　9) Total value of assets exempted: $337,656.43.

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $20,700.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$20,700.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,962.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $925.72 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,887.72** |
| Attorney fees paid and disclosed by debtor: | $38.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CAPITAL ONE AUTO FINANCE | Secured | 18,871.00 | 18,871.00 | 18,871.00 | 10,704.80 | 2,491.22 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 179.91 | 179.91 | 61.30 | 0.00 |
| D & E FINANCE INC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,000.00 | 1,001.58 | 1,001.58 | 1,001.58 | 0.00 |
| MERIDIAN MEDICAL ASSOC | Unsecured | 196.00 | 197.81 | 197.81 | 67.40 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 551.00 | 551.20 | 551.20 | 219.29 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 310.82 | 310.82 | 123.65 | 0.00 |
| VISION FINANCIAL SERVICES/SILVEI | Unsecured | 296.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES/SILVEI | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| CASH NET 500 | Unsecured | 740.00 | NA | NA | 0.00 | 0.00 |
| CASHCALL INC | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK NA | Unsecured | 655.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION/MIDWEST | Unsecured | 296.00 | NA | NA | 0.00 | 0.00 |
| DIGESTIVE HEALTH CONSULTANTS | Unsecured | 374.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE POLICE | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| LA BREES BAKERY | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| M & T BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MED BUS BUR | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MED BUS BUR | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE/EDWAR | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| ACS INC | Unsecured | 945.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT | Unsecured | 19,094.00 | NA | NA | 0.00 | 0.00 |
| ASC | Unsecured | 945.67 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TOTAL CARD | Unsecured | 1,248.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES/SILVEI | Unsecured | 629.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES/SILVEI | Unsecured | 303.00 | NA | NA | 0.00 | 0.00 |
| MILLENIUM CREDIT CON/TCF NATIC | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| MRSI/SILVER CROSS HOSPITAL | Unsecured | 452.00 | NA | NA | 0.00 | 0.00 |
| MRSI/SILVER CROSS HOSPITAL | Unsecured | 306.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL PAYMENT SOLUTIONS | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| NEWSOME THERAPY NETWORK | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY/HSBC | Unsecured | 572.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY/HSBC | Unsecured | 557.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY/HSBC | Unsecured | 1,044.00 | NA | NA | 0.00 | 0.00 |
| SECURITY CREDIT SERVIC/CREDIT C | Unsecured | 655.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 324.00 | 2,761.70 | 2,761.70 | 1,143.04 | 0.00 |
| UNITED ACCEPTANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $18,871.00 | $10,704.80 | $2,491.22 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$18,871.00** | **$10,704.80** | **$2,491.22** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,001.58 | $1,001.58 | $0.00 |
| **TOTAL PRIORITY:** | **$1,001.58** | **$1,001.58** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$4,001.44** | **$1,614.68** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,887.72 |
| Disbursements to Creditors | $15,812.28 |
| **TOTAL DISBURSEMENTS** : | **$20,700.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/05/2018                    By: /s/ Glenn Stearns
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**